## CLEMENT SCOTT vs. WILLIAM HEATHER.

If a bailee surrenders the pledge to bailor his lien is gone.

An agent, if he has authority, may transfer the right of his principal without declaring his agency.

REPLEVIN for a horse; value sixty dollars. Pleas non cepit and property. Issues.

It appeared from the evidence that plaintiff had bought the horse in question from one Ezekiel Simpson, and that he was to belong to plff.'s brother, Jesse Scott," when (or if) he paid for him." The two brothers executed a note to Simpson for the price of the horse, Jesse as principal and Clement as surety, but "Clement was to hold on till Jesse paid for him." Some time after Jesse rode the horse from his brothers and traded him for a worthless one with a Mr. Marvel who sold him to the deft. It was proved that Clement had said he gave Jesse liberty to take the horse and trade him for a pair of steers, or a gentler horse.

*The Court by the Chief Justice,* charged:

First. That if a bailee surrenders possession of the pledge to the bailor his lien is gone.

Second. That an agent may transfer all the right of his principal, if he has authority, without declaring that he is acting as such agent. *Ex. gr.* The case of a factor selling flour, &c. &c.

Verdict for plaintiff, $40.

---

FARMERS' BANK of the STATE of DELAWARE *vs.* JOSEPH BROWN, garnishee of CHARLES STIDHAM.

If money be placed in A's hands by B to pay his debt to C, he is liable to C. in *assumpsit,* but cannot be attached as the garnishee of B.

ATTACHMEMT. Plea nulla bona.

*Frame* for plff. proposed to prove by John Manlove, Esq., cashier of the Bank, an admission of Brown that Stidham had placed money in his hands to pay this debt due the Bank.

*Bates* for the garnishee objected. Brown is not the debtor of Stidham. The debt (if any) is due from him to the Bank, for money had and received to their use, and for which assumpsit would lie at the suit of the Bank. A recovery had here could not be pleaded in bar to such an action.

*Per curiam.* This evidence is not applicable to the case. The prooff offered is not that Brown owes Stidham, but that he owes the Bank; and his liability to the Bank cannot be enforced in this way.

*Frame,* for plaintiff.

*Bates,* for Brown.